**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re: Patrick J. Egan,**

**Debtor.**

**Case No. 26-41903**
**Chapter 11, Subchapter V**

**DEBTOR'S PRE-STATUS CONFERENCE REPORT**

---

Patrick J. Egan (the "Debtor") filed this case on June 8, 2026, under Subchapter V of Chapter 11 of the United States Bankruptcy Code. The Debtor files this report pursuant to § 1188(c) of the Bankruptcy Code. The status conference for this case is scheduled for **July 22, 2026 at 11:00 a.m**. via WebEx.

https://us-courts.webex.com/us-courts/j.php?MTID=m594b0fb9729997da1232f37f296571ef

1. Status of the Debtor. The Debtor continues to own and operate Navigator Real Estate, which generates the Debtor's primary source of income. The Debtor continues to own an interest in several other companies that generate some additional income for the Debtor. The Debtor plans to reorganize the debt originating from these companies. Throughout the case so far, the Debtor has continued to operate in the ordinary course of his financial affairs.

2. Timing for Filing Plan of Reorganization. The Debtor intends to file a plan within the 90-day deadline imposed by the Bankruptcy Code. At this time, the Debtor does not know if the plan will be a consensual or non-consensual plan.

3. Anticipated Issues. Live Oak Bank has a mortgage on the Debtor's home located at 6503 Shadow Land Chanhassen, Minnesota. Such indebtedness is in connection with a defaulted business loan. The value of the home is less than the total Live Oak indebtedness and the Debtor intends to negotiate a cramdown of the balance owed.

   Also, the Debtor owes a significant property settlement to his ex-spouse, Leslie Egan. The Debtor's position is that this is a non-priority property settlement. Ms. Egan may dispute the non-priority nature of this debt.

   Several businesses in which the Debtor holds an ownership interest plan to continue servicing the debt listed as contingent and unliquidated. That debt is scheduled because the debtor is a personal guarantor.

Dated: July 7, 2026

SIELING LAW, PLLC

By: *s/ Mary F. Sieling*

Mary F. Sieling (#389893)
12800 Whitewater Dr, Ste. 100, #3201
Minnetonka, MN 55343
Phone: 612-325-1191
Email:mary@sielinglaw.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

In re: Patrick J. Egan Case No. 26-41903

Debtor. Chapter 11, Subchapter V

# Class [ ] Ballot for Accepting or Rejecting Plan of Reorganization

The Debtor, Patrick J. Egan ("Proponent") filed a plan of reorganization dated [Date](the Plan} for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claimhas been placed in class [ ] under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote. If your ballot is not received by Sieling Law at Po Box 1116 Minnetonka, Minnesota 55345 or mary@sielinglaw.com on or before [date], and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan:

The undersigned, the holder of a Class [] claim against the Debtor in the unpaid amount of Dollars, hereby:

Check one box only

______ **Accepts the plan**

______ **Rejects the plan**

Dated: Signed:

Name of
Creditor:
(Please print name)

Address:

Return completed ballot to:
Sieling Law, PLLC
PO Box 1116
Minnetonka, MN 55345
This ballot must be received no later than DATE