**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 26-41903 |
| Patrick Joseph Egan, | |
| Debtor. | Chapter 11 Sub V |

**ORDER FOR CONTINUED HEARING AND ADDITIONAL BRIEFING**

This case came before the Court on Creditor Live Oak Banking Company's motion for relief of the automatic stay to continue state court litigation involving a Mortgage on Debtor's homestead and matters related to a state court judgment. The Debtor, Patrick Joseph Egan, filed an objection, and Live Oak filed a reply. The court held a hearing on September 17, 2026. At the hearing the court determined that it needed additional briefing regarding the motion and set the following timeline and continued the hearing.

IT IS ORDERED

1. The Debtor is directed to file a supplemental memorandum by September 24, 2026, discussing the Debtor's proposed procedure to completing litigation between the parties if the Debtor does not wish to have the matter decided by the existing state court proceeding. The Debtor may further address the Blan/Wiley factors in comparing the approaches.

2. The Creditor is directed to reply to the Debtor's briefing by September 29, 2026.

3. By October 5, 2026 counsel for the Debtor, Live Oak, and the Sub V trustee will meet and confer regarding this motion.

4. A continued hearing will be held on October 6, 2026, at 10:00 a.m. at Courtroom 2B, Warren E. Burger United States Courthouse, 316 North Robert St. St. Paul, MN 55101. The parties may appear at the hearing via WebEx Video conferencing using the following link:

   https://us-courts.webex.com/us-courts/j.php?MTID=m594b0fb9729997da1232f37f296571ef

   The Webex link can also be found under Hearing Information at:

   www.mnb.uscourts.gov/judges/judge_bruggeman

Dated: *September 17, 2026*

s/ Mychal A. Bruggeman
Mychal A. Bruggeman
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re: Case No. 26-41903-MAB

Patrick Joseph Egan Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 2

Date Rcvd: Sep 17, 2026 Form ID: pdf111 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Joseph Egan, 6503 Shadow Lane, Chanhassen, MN 55317-9374 |
| aty | + | Sieling Law, PLLC, 12800 Whitewater Dr, Ste. 100, #3201, Minnetonka, MN 55343-9347 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | + | Email/Text: legal.services@deerwoodbank.com | Sep 17 2026 22:21:00 | Deerwood Bank, 14986 Lynwood Drive, P.O. Box 2905, Baxter, MN 56425-6605 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Live Oak Banking Company |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J Harayda | on behalf of Interested Party Live Oak Banking Company cj.harayda@stinson.com MPL.LSSTeam5@stinson.com |
| Colin Kreuziger | on behalf of U.S. Trustee US Trustee Colin.Kreuziger@usdoj.gov Nissa.L.Atkinson@usdoj.gov;Bethany.Sibenaller@usdoj.gov |

| | |
|---|---|
| David A. Lutz | on behalf of Interested Party Deerwood Bank david@lutzlawfirm.com |
| Kevin P Kitchen | on behalf of Interested Party Live Oak Banking Company kevin.kitchen@stinson.com tara.whalen@stinson.com |
| Mary Sieling | on behalf of Debtor 1 Patrick Joseph Egan mary@sielinglaw.com |
| Samantha Hanson-Lenn | on behalf of Interested Party Live Oak Banking Company samantha.hansonlenn@stinson.com mpl.lssteam5@stinson.com |
| Steven B Nosek | on behalf of Trustee Steven B Nosek snosek@noseklawfirm.com loriadamson@noseklawfirm.com |
| Steven B Nosek | snosek@noseklawfirm.com loriadamson@noseklawfirm.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 9