**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Patrick J. Egan.

Debtor.

Case No. 26-41903
Chapter 11 Case, Subchapter V

**WITHDRAWAL OF PLAN**

The debtor, by and through his undersigned counsel, hereby withdraws his Plan of Reorganization for Small Business filed at ECF no. 36. The debtor intends to file and serve a modified plan.

SIELING LAW, PLLC

Dated: October 13, 2026

By: *s/ Mary F. Sieling*

Mary F. Sieling, (#389893)
12800 Whitewater Dr, Ste. 100, #3201
Minnetonka, MN 55343
Phone: 612-325-1191
Email: mary@sielinglaw.com